IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00485-BNB

CREEDE BACHELOR ENTERPRISES I, LLC, a Colorado limited liability company,

Plaintiff,

v.

RAMONA WEBER, DON HOLLENSHEAD, and SCOTT LAMB, in their official capacities as members of the Board of County Commissioners for Mineral County, Colorado,
LESLIE CAHILL, in his official capacity as Administrator for Mineral County, Colorado, and
FRED HOSSELKUS, in his official capacity as Sheriff of Mineral County, Colorado,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)  The **Joint Motion to Stay** [Doc. # 15] is GRANTED;

(2)  The action is STAYED pending further order of the court;

(3)  The scheduling conference set for June 12, 2014, is VACATED; and

(4)  The parties shall file a status report on or before **June 24, 2014**, addressing the status of settlement discussions and any pretrial proceedings which they believe should be scheduled.

DATED:  April 17, 2014