IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00485-BNB

CREEDE BACHELOR ENTERPRISES I, LLC, a Colorado limited liability company,

Plaintiff,

v.

RAMONA WEBER, DON HOLLENSHEAD, and SCOTT LAMB, in their official capacities as members of the Board of County Commissioners for Mineral County, Colorado,
LESLIE CAHILL, in his official capacity as Administrator for Mineral County, Colorado, and
FRED HOSSELKUS, in his official capacity as Sheriff of Mineral County, Colorado,

Defendants.

_____

**ORDER**
_____

This matter was drawn directly to me under the Pilot Program for Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The Pilot Program requires the parties to complete the Consent Form within a certain deadline, which has not expired.  The parties have not completed the Consent Form.  They have submitted a Stipulated Motion for Dismissal [Doc. # 21] requesting an order dismissing the case without prejudice, however.

I lack authority to enter a dispositive order absent the parties' consent.  The parties must complete and file the Consent Form, consenting or not, before the Stipulated Motion for Dismissal can be acted on.

IT IS ORDERED that the parties shall complete and file the Consent Form on or before August 13, 2014.

Dated August 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge