## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 14-cv-00485-BNB**

CREEDE BACHELOR ENTERPRISES I, LLC, a Colorado limited liability company,

     Plaintiff

v.

RAMONA WEBER, DON HOLLENSHEAD, and SCOTT LAMB, in their official capacities as members of the Board of County Commissioners for Mineral County, Colorado;

LESLIE CAHILL, in his official capacity as Administrator for Mineral County, Colorado; and

FRED HOSSELKUS, in his official capacity as Sheriff of Mineral County, Colorado,

     Defendants

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Upon consideration of the parties' Stipulated Motion for Dismissal of Case Without Prejudice, the Court GRANTS the Motion. This case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(2).

Dated: *August 12, 2014*

                                  Boyd N. Boland
                                  United States Magistrate Judge